PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 26, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-0268 WBS |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| DUSTIN BROWN and MATTHEW MICHALAK, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Alexis Klein, to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: September 26, 2024

_____
HONORABLE CHI SOO KIM
U.S. MAGISTRATE JUDGE