MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DUSTIN BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:24-cr-268 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE FOR BOTH DEFENDANTS |
| | ) |
| DUSTIN BROWN and | ) Requested status conference date: 4-21-2025 |
| MATTHEW MICHALAK, | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| | ) |

==============================)

STIPULATION REGARDING A NEW STATUS CONFERENCE DATE OF APRIL 21, 2025

It is hereby stipulated between the parties, Alexis Klein, Assistant United States Attorney, Todd Leras, attorney for defendant MATTHEW MICHALAK and Michael D. Long, attorney for defendant DUSTIN BROWN, that the status conference set for February 18, 2025, at 10:00 a.m. should be continued and re-set for April 21, 2025, at 10:00 a.m.

Mr. Long has just taken over, from the Office of the Federal Defender, as the attorney-of-record for Mr. Brown.  Mr. Long needs to read the discovery, review the discovery with Mr. Brown, and assess the facts, the charges and Mr. Brown's defenses.  Mr. Brown is housed in the Yuba County Jail in Marysville, which will make meeting with Mr. Brown more difficult.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 350 pages of discovery.  The government has made additional discovery available for review

by defense counsel, including seized digital devices. All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on April 21, 2025.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through February 18, 2025.

All parties request the date of April 21, 2025, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to April 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 11, 2025                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Dustin Brown

                                            /s/ Todd Leras
                                            TODD LERAS
                                            Attorney for Matthew Michalak

Dated:  February 11, 2025                    MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ Alexis Klein
                                             ALEXIS KLEIN
                                             Assistant U.S. Attorney


                          ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for **April 21, 2025, at**
**10:00 a.m.**, before District Court Judge William B. Shubb.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendants' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.  18 U.S.C.§ 3161(h)(1)(D).  Time is

excluded through the new hearing date of April 21, 2025.

Dated:  February 12, 2025

                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE

–3–