**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:         Mike.Long.Law@msn.com

Attorney for Defendant
DUSTIN BROWN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       v.<br><br>DUSTIN BROWN,<br><br>             Defendant | Case No.:  Cr.S-24-268-01 WBS<br><br>**WAIVER OF APPEARANCE FOR DEFENDANT DUSTIN BROWN**<br><br>**Judge:  William B. Shubb** |

Defendant DUSTIN BROWN, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in his absence.  Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the Court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney

to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with his being personally present.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: February __, 2025                                                  Respectfully submitted,

/s/ *Dustin Brown*
By: DUSTIN BROWN
Defendant


/s/ *Michael D. Long*
By: Michael D. Long
Attorney for Defendant
DUSTIN BROWN


GOOD CAUSE APPEARING, Defendant DUSTIN BROWN's waiver of personal appearance is accepted by the court. IT IS SO ORDERED.

Dated: February 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE