IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>DUSTIN BROWN,<br><br>           Defendant. | CASE NO. 2:24-CR-00268 WBS<br><br>ORDER SEALING THE<br>GOVERNMENT'S MOTION |

Pursuant to Local Rule 141(b) and based upon the representations and arguments made in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's motion for defendant Dustin Brown and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated:  January 16, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE